**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Sonny Boy Produce, LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-1846702 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 147 N. Central Avenue<br>Landisville, NJ 08326<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Atlantic<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Sonny Boy Produce, LLC                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____4244_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____
District _____   When _____   Case number, if known _____

Debtor    Sonny Boy Produce, LLC                                              Case number (*if known*) _____
          _____
          Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

          Contact name      _____

          Phone             _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Sonny Boy Produce, LLC _____     Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>April 27, 2026</u>
             MM / DD / YYYY

**X** /s/   Thomas V. Consalo _____        Thomas V. Consalo _____
Signature of authorized representative of debtor          Printed name

Title   Member _____

**18. Signature of attorney**

**X** /s/ Ira R. Deiches _____        Date   <u>April 27, 2026</u>
Signature of attorney for debtor                      MM / DD / YYYY

Ira R. Deiches 013941976 NJ _____
Printed name

Deiches & Ferschmann _____
Firm name

525 Route 73 N, Ste 104
Marlton, NJ 08053 _____
Number, Street, City, State & ZIP Code

Contact phone   (856) 428-9696        Email address   iradeiches@deicheslaw.com _____

013941976 NJ NJ _____
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

## RESOLUTION AUTHORIZING FILING
## AND ENGAGEMENT OF COUNSEL

THE UNDERSIGNED, 100% member of Sonny Boy Produce, LLC, does hereby certify that the following is a true and correct copy of the Resolution duly adopted at a meeting of the members of the limited liability company held on the _____ day of March 26, 2026

RESOLVED that the member of the limited liability company is hereby authorized to file a Petition under Chapter 11 of the United States Bankruptcy Code seeking relief, and in furtherance thereof, is hereby authorized to retain, for purposes of representation of the company in the bankruptcy case, the law firm of Deiches & Ferschmann, A Professional Corporation, and he is hereby authorized to execute on behalf of the company said Petition and any and all other papers necessary or incidental to the Chapter 11 case.

Dated: ___3/27/26___

_____
THOMAS V. CONSALO, MEMBER

**Fill in this information to identify the case:**

Debtor name      Sonny Boy Produce, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      April 27, 2026                    **X** /s/   Thomas V. Consalo
                                                    Signature of individual signing on behalf of debtor

                                                    Thomas V. Consalo
                                                    Printed name

                                                    Member
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sonny Boy Produce, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & P Fruit Growers, Ltd. 1794 Peardonville Road Abbotsford BC V4X 2M4 CANADA | | Trade debt | Disputed | | | $262,321.92 |
| American Express PO Box 1270 Newark, NJ 07101 | | Credit card purchases | | | | $28,774.33 |
| Anthony J Berenato Farms 555 S. 1st Rd Hammonton, NJ 08037 | | Trade debt | | | | $419,327.00 |
| Curv Logistics Group, LLC 10720 Caribbean Blvd, #400 Cutler Bay, FL 33189 | | Trade debt | | | | $77,900.00 |
| Dave's Specialty Imports 1426 Rambling Hills Drive Cincinnati, OH 45230 | | Trade debt | | | | $249,466.00 |
| Harvest Crown 5201 California Ave, Ste 250 Bakersfield, CA 93309 | | Trade debt | | | | $355,005.00 |
| Harvest Fresh Partners 2500 N Military Trail Suite #286 Boca Raton, FL 33431 | | Trade debt | | | | $172,096.20 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC
Name
      Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J & V Trucking Co., Inc. 145 Market Street Chelsea, MA 02150 | | Trade debt | | | | $47,353.00 |
| John B. Ordille, Inc. P.O. Box 181 Hammonton, NJ 08037 | | Trade debt | | | | $91,043.00 |
| Lange Farms 555 Rt 1 South Suite 400 Iselin, NJ 08830 | | Trade debt | | | | $255,395.00 |
| Logistics Tycoons, Inc. 11 Foothills Cres Brampton, ON L6P 4G9 Canada, | | | | | | $89,500.00 |
| Nanak Produce & Marketing, Inc. P.O. Box 738 Mullica Hill, NJ 08062 | | Trade debt | | | | $31,320.00 |
| OceanFirst Bank, N.A. 975 Hooper Ave. Toms River, NJ 08753 | | OceanFirst Bank, N.A. - Checking - Acct# 0156; 90 days or less: miscellaneous accounts ; 3 chairs and desks; 3 laptops | | $500,000.00 | $70,269.02 | $429,730.98 |
| On Deck Capital 4700 W. Daybreak Pkway #200 South Jordan, UT 84009 | | Trade debt | | | | $54,424.64 |
| Parkside Funding Group, LLC 865 NJ-33 Business 3 Unit 192 Freehold, NJ 07728 | | Trade debt | Disputed | | | $976,011.22 |
| Sierra Produce 26 Vestry Rd. Swedesboro, NJ 08085 | | Trade debt | | | | $94,360.00 |
| Sonny Boy Trucking, LLC 147 N. Central Ave. Landisville, NJ 08361 | | Trade debt | | | | $23,395.00 |
| Sunny Valley International 800 Ellis Mill Rd Glassboro, NJ 08028 | | Trade debt | | | | $39,524.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vineland Coop.Produce Auct. Assoc., Inc. 1088 N. Main Road Vineland, NJ 08360 | | Trade debt | | | | $408,928.20 |
| William H. Kopke Jr., Inc. 1000 Northern Blvd Great Neck, NY 11021 | | Trade debt | | | | $292,392.00 |

**Fill in this information to identify the case:**

Debtor name    Sonny Boy Produce, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................................   $      0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................   $      90,269.02

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................   $      90,269.02

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $      500,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   **+**$      3,993,524.78

4.   **Total liabilities** ..................................................................................................................................
    Lines 2 + 3a + 3b            $      4,493,524.78

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sonny Boy Produce, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   OceanFirst Bank, N.A. | Checking | 0156 | $33,779.27 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**              $33,779.27

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:    35,389.75    -    0.00   = ....    $35,389.75
                     face amount               doubtful or uncollectible accounts

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Sonny Boy Produce, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**12.  Total of Part 3.**

$35,389.75

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | 14.1.   NBIS (10 shares of Fidelity Investments | | $10,000.00 |

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.  Total of Part 4.**

$10,000.00

Add lines 14 through 16.   Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>3 chairs and desks | $0.00 | | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>3 laptops | $0.00 | | $600.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC _____    Case number *(If known)* _____
          Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | $1,100.00

       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No.   Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ☒ No.   Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.   Go to Part 11.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Sonny Boy logo | $0.00 | | Unknown |
| 61. **Internet domain names and websites** Sonny Boy produce.com domain name | $0.00 | | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                          | $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                     page 3

Debtor   Sonny Boy Produce, LLC _____   Case number *(If known)* _____

     Name

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.

☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>settlement with Porto Provino of claim against warehouse that caused spoilage of product | $10,000.00 |

78. **Total of Part 11.**         $10,000.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Sonny Boy Produce, LLC _____     Case number *(If known)* _____
          Name

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,779.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,389.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,000.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,269.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $90,269.02 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Sonny Boy Produce, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1** OceanFirst Bank, N.A.

Creditor's Name

975 Hooper Ave.
Toms River, NJ 08753

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
OceanFirst Bank, N.A.; miscellaneous accounts ; 3 chairs and desks; 3 laptops

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $500,000.00

Column B: $70,269.02

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $500,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name   and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____Sonny Boy Produce, LLC____

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>A & P Fruit Growers, Ltd.<br>1794 Peardonville Road<br>Abbotsford BC V4X 2M4<br>CANADA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $262,321.92 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,774.33 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Credit card purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Anthony J Berenato Farms<br>555 S. 1st Rd<br>Hammonton, NJ 08037 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $419,327.00 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>CAS PAK Corporation<br>1750 Woodhaven Drive<br>Bensalem, PA 19020 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,534.27 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Curated Nature, LLC<br>497 Old Forks Road<br>Hammonton, NJ 08037 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $9,288.00 |
| --- | --- | --- | --- |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC                                              Case number (if known) _____
                Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,900.00 |
|---|---|---|---|

Curv Logistics Group, LLC
10720 Caribbean Blvd, #400
Cutler Bay, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $249,466.00 |
|---|---|---|---|

Dave's Specialty Imports
1426 Rambling Hills Drive
Cincinnati, OH 45230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $440.00 |
|---|---|---|---|

Farm Fresh
700 Barnsboro Rd
Richwood, NJ 08074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $355,005.00 |
|---|---|---|---|

Harvest Crown
5201 California Ave, Ste 250
Bakersfield, CA 93309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $172,096.20 |
|---|---|---|---|

Harvest Fresh Partners
2500 N Military Trail Suite #286
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47,353.00 |
|---|---|---|---|

J & V Trucking Co., Inc.
145 Market Street
Chelsea, MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91,043.00 |
|---|---|---|---|

John B. Ordille, Inc.
P.O. Box 181
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $255,395.00 |
|---|---|---|---|

Lange Farms
555 Rt 1 South
Suite 400
Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor   Sonny Boy Produce, LLC
_____ Name _____                          Case number (if known) _____

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,500.00 |
|---|---|---|---|

Logistics Tycoons, Inc.
11 Foothills Cres
Brampton, ON L6P 4G9
Canada,

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,320.00 |
|---|---|---|---|

Nanak Produce & Marketing, Inc.
P.O. Box 738
Mullica Hill, NJ 08062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,424.64 |
|---|---|---|---|

On Deck Capital
4700 W. Daybreak Pkway
#200
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

Oyola Trucking, Inc.
2815 Palermo Ave.
Vineland, NJ 08361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $976,011.22 |
|---|---|---|---|

Parkside Funding Group, LLC
865 NJ-33 Business 3 Unit 192
Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Robert McCann
c/o Robert Lord, Esq.
1283 Route 22 East
Mountainside, NJ 07092

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: claim arising from auto accident

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,360.00 |
|---|---|---|---|

Sierra Produce
26 Vestry Rd.
Swedesboro, NJ 08085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,395.00 |
|---|---|---|---|

Sonny Boy Trucking, LLC
147 N. Central Ave.
Landisville, NJ 08361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Sonny Boy Produce, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39,524.00 |
|---|---|---|---|

Sunny Valley International
800 Ellis Mill Rd
Glassboro, NJ 08028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,526.00 |
|---|---|---|---|

Vineland AG, LLC
2210 Hance Bridge Rd
Vineland, NJ 08361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $408,928.20 |
|---|---|---|---|

Vineland Coop.Produce Auct. Assoc., Inc.
1088 N. Main Road
Vineland, NJ 08360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $292,392.00 |
|---|---|---|---|

William H. Kopke Jr., Inc.
1000 Northern Blvd
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Michael Gruccio, Esq.<br>Attorney for Vineland Cooperative Produce Auction Assn<br>727 Landis Ave. -Ste 2<br>Vineland, NJ 08360 | Line  3.24<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  3,993,524.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  3,993,524.78 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sonny Boy Produce, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Sonny Boy Produce, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Don Pepe Steakhouse, Inc. | c/o James A. Kassis, Esq.<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, NJ 07932<br>codefendant in civil action for damages from auto accident | Robert McCann | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.2 | Geico Insurance Company | c/o Philip N. Baker, Esq.<br>300 Executive Drive<br>West Orange, NJ 07052<br>codefendant in civil action for damages from auto accident | Robert McCann | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.3 | Robert Consalo | c/o Helen A. Cummings, Esq.<br>1599 HWY 34, BLDG. E<br>P. O. Box 1570<br>Wall, NJ 07719<br>codefendant in civil action for damages from auto accident | Robert McCann | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.4 | Thomas Consalo | 1763 Fairmount Ave.<br>Vineland, NJ 08360 | OceanFirst Bank, N.A. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Thomas Consalo | 1763 Fairmount Ave.<br>Vineland, NJ 08360 | American Express | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Sonny Boy Produce, LLC                                   Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Thomas Consalo | 1763 Fairmount Ave.<br>Vineland, NJ 08360 | Parkside Funding<br>Group, LLC | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.7 | Thomas V.<br>Consalo | 1763 Fairmount Ave.<br>Vineland, NJ 08361 | On Deck Capital | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      Sonny Boy Produce, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other | $867,243.35 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other | $14,549,089.70 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $12,511,347.70 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Sonny Boy Produce, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached (1/15/26-4/15/26) | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Sonny Boy Trucking, LLC<br>147 N. Central Ave.<br>Landisville, NJ 08361<br>Affiliate | 12/17/2025 | $17,690.00 | trucking and freight charges |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Vineland Coop.Produce Auct. Assoc., Inc. claim v Sonny Boy Produce, LLC | Civil | New Jersey Dept of Agriculture | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Curated Nature LLC claim v Sonny Boy<br>PACA: R-2026-0690 | Collection | USDA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|---|
| 7.3. | Harvest Crown Co., Inc. claim v Sonny Boy<br>PACA: R-2026-0712 | Collection | USDA | ☒ Pending<br>☐ On appeal<br>☐ Concluded | |
| 7.4. | Robert McCann v Robert Consalo etal<br>UNN-L-003613-24 | Civil | NJSC, Law Division, Union County | ☒ Pending<br>☐ On appeal<br>☐ Concluded | |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Deiches & Ferschann<br>525 Route 73 N<br>Suite 104<br>Marlton, NJ 08053 | | 03/18/2026 | $2,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   Sonny Boy Produce, LLC _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   Deiches & Ferschmann 525 Route 73 N Suite 104 Marlton, NJ 08053 | | 04/02/2026 | $15,232.50 |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC _____     Case number *(if known)* _____

**profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **5**

Debtor   Sonny Boy Produce, LLC          Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   Martini & Martini 1135 E. Chestnut Ave. Vineland, NJ 08360 | 1/2024- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   Thomas V. Consalo 147 N Central Ave. Landisville, NJ 08361 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |

**27.** **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC _____    Case number *(if known)* _____

&boxtimes; No

&square; Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas V. Consalo | 1763 Fairmount Ave. Vineland, NJ 08361 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

&boxtimes; No

&square; Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

&square; No

&boxtimes; Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Thomas V. Consalo 1763 Fairmount Ave. Vineland, NJ 08361 | $40,000 | 05/06/2025 | |
| | **Relationship to debtor** Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

&boxtimes; No

&square; Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

&boxtimes; No

&square; Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    Sonny Boy Produce, LLC _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 27, 2026_____

/s/   Thomas V. Consalo _____            Thomas V. Consalo _____
Signature of individual signing on behalf of the debtor                 Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Sonny Boy Produce LLC**
**Check Detail**
January 15 through April 15, 2026

| Bill Pmt -Check | AC H | 03/24/2026 | Harvest Crown Company | -15,000.00 |
|---|---|---|---|---|
| Bill Pmt -Check | ACH | 02/10/2026 | Harvest Fresh | -16,163.65 |
| Bill Pmt -Check | ACH | 02/10/2026 | Harvest Crown Company | -23,000.00 |
| Bill Pmt -Check | ACH | 02/13/2026 | Harvest Fresh | -30,620.75 |
| Bill Pmt -Check | ACH | 02/27/2026 | Harvest Fresh | -29,801.15 |
| Bill Pmt -Check | ACH | 03/06/2026 | Dave's Specialty Imports Vend | -10,000.00 |
| Bill Pmt -Check | ACH | 03/10/2026 | Harvest Fresh | -20,000.00 |
| Bill Pmt -Check | ACH | 03/24/2026 | Harvest Fresh | -15,000.00 |
| Bill Pmt -Check | ACH | 03/27/2026 | Harvest Fresh | -12,104.75 |
| Bill Pmt -Check | ACH | 04/02/2026 | Harvest Fresh | -15,000.00 |
| Bill Pmt -Check | 2490 | 02/03/2026 | Horizon BCBS | -8,943.06 |
| Bill Pmt -Check | 2495 | 02/06/2026 | Ryeco | -20,610.00 |
| Bill Pmt -Check | 2497 | 02/06/2026 | Eastern Fresh | -9,576.00 |
| Bill Pmt -Check | 2500 | 02/06/2026 | Sierra Produce | -58,344.00 |
| Bill Pmt -Check | 2501 | 02/06/2026 | J&V Trucking | -23,370.00 |
| Bill Pmt -Check | 2502 | 02/09/2026 | Macadu | -145,852.65 |
| Bill Pmt -Check | 2507 | 02/26/2026 | Horizon BCBS | -8,943.06 |
| Bill Pmt -Check | 2514 | 03/25/2026 | Curv Logistics | -19,000.00 |
| Bill Pmt -Check | 2515 | 03/27/2026 | Horizon BCBS | -8,943.06 |
| Bill Pmt -Check | 2516 | 03/27/2026 | Deiches & Ferschmann | -16,970.50 |
| | | 03/09/2026 | American Express | -15,963.48 |

Page 1 of 1

# United States Bankruptcy Court
## District of New Jersey

In re    Sonny Boy Produce, LLC              Case No. _____
                      Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Thomas Consalo<br>1763 Fairmount Ave.<br>Vineland, NJ 08360 | | | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 27, 2026                  Signature   /s/  Thomas V. Consalo
                                                   Thomas V. Consalo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey

In re    Sonny Boy Produce, LLC                                                    Case No.
                                                                  Debtor(s)        Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

    For legal services, I have agreed to accept ...................................................... $ _____

    Prior to the filing of this statement I have received ........................................ $ _____

    Balance Due ..................................................................................................... $ _____

☒    **RETAINER**

    For legal services, I have agreed to accept and received a retainer of........................... $          15,000.00

    The undersigned shall bill against the retainer at an hourly rate of............................... $          475.00
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        exemption planning, preparation and filing of reaffirmation agreements and applications as needed

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, negotiations with secured creditors to reduce to market value, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, preparation and filing of amended case pleadings.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re   Sonny Boy Produce, LLC                              Case No. _____
                                  Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| April 27, 2026 | /s/ Ira R. Deiches |
|---|---|
| *Date* | Ira R. Deiches 013941976 NJ |
| | *Signature of Attorney* |
| | Deiches & Ferschmann |
| | 525 Route 73 N, Ste 104 |
| | Marlton, NJ 08053 |
| | (856) 428-9696   Fax: |
| | iradeiches@deicheslaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of New Jersey

In re   Sonny Boy Produce, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 27, 2026                    /s/  Thomas V. Consalo
                                           Thomas V. Consalo/Member
                                           Signer/Title

United States Trustee
One Newark Center
1085 Raymond Boulevard Suite 2100
Newark, NJ 07102


New Jersey Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack St., 9th Floor PO Box 245
Trenton, NJ 08695-0267


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


A & P Fruit Growers, Ltd.
1794 Peardonville Road
Abbotsford BC V4X 2M4
CANADA


American Express
PO Box 1270
Newark, NJ 07101


Anthony J Berenato Farms
555 S. 1st Rd
Hammonton, NJ 08037


CAS PAK Corporation
1750 Woodhaven Drive
Bensalem, PA 19020


Curated Nature, LLC
497 Old Forks Road
Hammonton, NJ 08037


Curv Logistics Group, LLC
10720 Caribbean Blvd, #400
Cutler Bay, FL 33189


Dave's Specialty Imports
1426 Rambling Hills Drive
Cincinnati, OH 45230


Don Pepe Steakhouse, Inc.
c/o James A. Kassis, Esq.
220 Park Avenue P.O. Box 991
Florham Park, NJ 07932


Farm Fresh
700 Barnsboro Rd
Richwood, NJ 08074


Geico Insurance Company
c/o Philip N. Baker, Esq.
300 Executive Drive
West Orange, NJ 07052

Harvest Crown
5201 California Ave, Ste 250
Bakersfield, CA 93309

Harvest Fresh Partners
2500 N Military Trail Suite #286
Boca Raton, FL 33431

J & V Trucking Co., Inc.
145 Market Street
Chelsea, MA 02150

John B. Ordille, Inc.
P.O. Box 181
Hammonton, NJ 08037

Lange Farms
555 Rt 1 South
Suite 400
Iselin, NJ 08830

Logistics Tycoons, Inc.
11 Foothills Cres
Brampton, ON L6P 4G9
Canada,

Michael Gruccio, Esq.
Attorney for Vineland Cooperative Produc
727 Landis Ave. -Ste 2
Vineland, NJ 08360

Nanak Produce & Marketing, Inc.
P.O. Box 738
Mullica Hill, NJ 08062

OceanFirst Bank, N.A.
975 Hooper Ave.
Toms River, NJ 08753

On Deck Capital
4700 W. Daybreak Pkway
200
South Jordan, UT 84009

Oyola Trucking, Inc.
2815 Palermo Ave.
Vineland, NJ 08361

Parkside Funding Group, LLC
865 NJ-33 Business 3 Unit 192
Freehold, NJ 07728

Robert Consalo
c/o Helen A. Cummings, Esq.
1599 HWY 34, BLDG. E P. O. Box 1570
Wall, NJ 07719

Robert McCann
c/o Robert Lord, Esq.\
1283 Route 22 East
Mountainside, NJ 07092


Sierra Produce
26 Vestry Rd.
Swedesboro, NJ 08085


Sonny Boy Trucking, LLC
147 N. Central Ave.
Landisville, NJ 08361


Sunny Valley International
800 Ellis Mill Rd
Glassboro, NJ 08028


Thomas Consalo
1763 Fairmount Ave.
Vineland, NJ 08360


Thomas V. Consalo
1763 Fairmount Ave.
Vineland, NJ 08361


Vineland AG, LLC
2210 Hance Bridge Rd
Vineland, NJ 08361


Vineland Coop.Produce Auct. Assoc., Inc.
1088 N. Main Road
Vineland, NJ 08360


William H. Kopke Jr., Inc.
1000 Northern Blvd
Great Neck, NY 11021

# United States Bankruptcy Court
## District of New Jersey

In re    Sonny Boy Produce, LLC

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Sonny Boy Produce, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 27, 2026

Date

/s/ Ira R. Deiches

Ira R. Deiches 013941976 NJ

Signature of Attorney or Litigant

Counsel for    Sonny Boy Produce, LLC

Deiches & Ferschmann

525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696  Fax:
iradeiches@deicheslaw.com