UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esq. (NJID#013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Proposed Attorneys for Sonny Boy Produce, LLC

In Re:

SONNY BOY PRODUCE, LLC

Case No.: _____26-14946_____

Judge: _____ABA_____

Chapter: _____11_____

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.   The applicant, _____Thomas Consalo for Debtor_____, is the (check all that apply):

☐  Trustee:        ☐  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

☒  Debtor:         ☒  Chap. 11       ☐  Chap. 13

☐  Official Committee of _____

2.   The applicant seeks to retain the following professional __Joseph B. Friedman, CPA__ to serve as (check all that apply):

☐  Attorney for:    ☐  Trustee        ☐  Debtor-in-Possession

☐  Official Committee of _____

☒  Accountant for:  ☐  Trustee        ☒  Debtor-in-possession

☐  Official Committee of _____

☐   Other Professional:

☐   Realtor        ☐   Appraiser        ☐   Special Counsel

☐   Auctioneer        ☐   Other (specify): _____

3.   The employment of the professional is necessary because:
Debtor needs an accountant to assist in preparing tax returns, operating reports a drafting the Plan of Reorganization.

4.   The professional has been selected because:
Joseph B. Friedman is an accountant with bankruptcy experience.

5.   The professional services to be rendered are as follows:
Accounting services necessary to assist in the preparation of tax returns, monthly and Debtor's Plan.

6.   The proposed arrangement for compensation is as follows:
Services will be rendered on an hourly basis and are currently billed at $325/hour

7.   To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒   None

☐   Describe connection: _____

2

8.      To the best of the applicant's knowledge, the professional (check all that apply):

☒    does not hold an adverse interest to the estate.

☒    does not represent an adverse interest to the estate.

☒    is a disinterested person under 11 U.S.C. § 101(14).

☒    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐    Other; explain: _____

_____

_____

9.      If the professional is an auctioneer, appraiser or realtor, the location and  description of the property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: ___5/6/26_____          _____

Signature of Applicant

*rev.8/1/15*